AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Imer ARES-Chagolla<br>YOB: 1982 COC: Mexico<br><br>*Defendant(s)* | Case No. 7:18mj1493 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 17, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(i) | knowing that a person is an alien, brings to or attempts to bring to the United States in any manner whatsoever such person at a place other than a designated port of entry or place other than as designated by the Commissioner, regardless of whether such alien has received prior official authorization to come to, enter, or reside in the United States and regardless of any future official action which may be taken with respect to such alien |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*Complainant's signature*

Evan Mason, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/23/2018 @ 12:53 p.m.

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Juan F. Alanis
*Printed name and title*

# ATTACHMENT A

1. On July 17, 2018 the United States Border Patrol encountered and apprehended thirteen individuals near Sullivan City within the Southern District of Texas. Apprehended within the group of thirteen individuals were Maria Concepcion UMANA-Chavez (hereinafter UMANA), Imer ARES-Chagolla (hereinafter ARES), Ismael RIVERA-Lopez (hereinafter RIVERA), Tomas OSORIO-Ramos (hereinafter Tomas OSORIO), and Jose OSORIO-Salquil (hereinafter Jose OSORIO).

2. UMANA was discovered unresponsive and was air lifted for medical treatment.

3. On July 18, 2018 UMANA was pronounced deceased.

4. On July 20, 2018, Homeland Security Investigations (hereinafter HSI) Special Agent (hereinafter SA) Gerardo Mercado and HSI Task Force Officer (hereinafter TFO) Mark Quintanilla conducted a post Miranda interview of Jose OSORIO. Jose OSORIO admitted to being a citizen and national of Guatemala without any documents that would allow him to be or remain in the United States legally. Jose OSORIO was presented with photographic lineups containing six individuals. Jose OSORIO identified ARES and RIVERA the smugglers that were guiding their illegal entry into the United States from Mexico.

5. On July 20, 2018, SA Mercado and TFO Quintanilla conducted a post Miranda interview of Tomas OSORIO. Tomas OSORIO admitted to being a citizen and national of Guatemala without any documents that would allow him to be or remain in the United States legally. Tomas OSORIO was presented with photographic lineups containing six individuals. Tomas OSORIO identified ARES and RIVERA as the smugglers that were guiding their illegal entry into the United States from Mexico.

6. Both Jose OSORIO and Tomas OSORIO stated that they were charged 55,000 quetzals (approximately 7346.31 USD) each to be smuggled to their final destination within the United States.